IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES CASTILLO,<br>    Plaintiff,<br>vs.<br><br>SANTA RITA JAIL,<br>    Defendant. | No. C 12-1279 JW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE PRISONER TRUST ACCOUNT STATEMENT |

On March 14, 2012, plaintiff filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 (Docket No. 1) and an in forma pauperis application (Docket No. 2). That same day, the clerk of the Court sent a notification to plaintiff that his in forma pauperis application was deficient as plaintiff had failed to submit a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) On March 29, 2012, plaintiff filed another in forma pauperis application (Docket No. 4) that was deficient for the same reason; plaintiff again failed to attach a copy of his prisoner trust account statement showing transactions for the last six months.

In the interest of justice, the Court will grant plaintiff an extension of time to file the missing document, i.e., a copy of his prisoner trust account statement

Order Granting Ext. of Time to file Prisoner Account Statement
G:\PRO-SE\JW-SF\CR-12\Castillo-12-1279_ifp-eot.wpd

showing transactions for the last six months, **no later than thirty (30) days** from the date this order is filed. In the alternative, plaintiff may pay the full $350.00 filing fee.

**Failure to respond in accordance with this order in the time provided may result in dismissal of this case without prejudice for failure to pay the filing fee without further notice to plaintiff.**

IT IS SO ORDERED.

DATED: __April 10, 2012_____

JAMES WARE
United States District Chief Judge

Order Granting Ext. of Time to file Prisoner Account Statement
G:\PRO-SE\JW-SF\CR-12\Castillo-12-1279_ifp-eot.wpd        2