IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES CASTILLO,<br>　　　　　Plaintiff,<br>　vs.<br>SANTA RITA JAIL,<br>　　　　　Defendant. | No. C 12-1279 JW (PR)<br><br>ORDER OF DISMISSAL |

On March 14, 2012, Plaintiff filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 (Docket No. 1) and an in forma pauperis application (Docket No. 2). That same day, the clerk of the Court notified Plaintiff that his in forma pauperis application was deficient as Plaintiff had failed to submit a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) On March 29, 2012, Plaintiff filed another in forma pauperis application (Docket No. 4) that was deficient for the same reason; Plaintiff again failed to attach a copy of his prisoner trust account statement showing transactions for the last six months. The Court granted Plaintiff an extension of time to May 10, 2012, to file a complete in forma pauperis application or, in the alternative, pay the $350.00 filing fee. (Docket No. 5.)

Order of Dismissal
C:\Users\noblew\Desktop\Scanned Documents\12-1279 JW Order of Dismissal - Santa Rita Jail.wpd

The deadline has passed, and Plaintiff has neither paid the filing fee, filed a complete <u>in forma pauperis</u> application, nor explained his failure to do so. Accordingly, this case is DISMISSED without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

The Clerk shall close this file and terminate all pending motions as moot.

IT IS SO ORDERED.

DATED: <u>May 31, 2012</u>

_____
JAMES WARE
United States District Chief Judge

Order of Dismissal
C:\Users\noblew\Desktop\Scanned Documents\12-1279 JW Order of Dismissal - Santa Rita Jail.wpd

**United States District Court**
For the Northern District of California